# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCES JEAN ACUNIS-GRAHAM, BRUCE N. GRAHAM<br><br>　　　　Plaintiffs,<br>vs.<br><br>SELECT PORTFOLIO SERVICING, INC.<br><br>　　　　Defendant. | Case No.: 2:16-cv-08639-CBM-SS<br><br>**JUDGMENT**<br><br>JS6 |

　　　　Consistent with the Court's Order re: Defendant's Motion for Judgment on the Pleadings issued herewith, judgment is entered against Plaintiffs Frances Jean Acunis-Graham and Bruce N. Graham, and in favor of Defendant Select Portfolio Servicing, Inc.

DATED: April 17, 2017.

　　　　　　　　　　　　　　　　　　CONSUELO B. MARSHALL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1